| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **XRC, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Xtreme Roofing & Construction** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1565360** |
| 4. | **Debtor's address** | **Principal place of business** **147 Parliment Loop Suite 1001 Lake Mary, FL 32746** Number, Street, City, State & ZIP Code  **Seminole** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **XRC, LLC**    Case number (*if known*)
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **XRC, LLC**
    Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  **XRC, LLC**  
　　　　Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **XRC, LLC**
        Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/24
            MM / DD / YYYY

X _____        **Mathew P. Appell**
Signature of authorized representative of debtor   Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____        Date **10/31/2024**
Signature of attorney for debtor                MM / DD / YYYY

**Justin M. Luna 0037131**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 481-5800**     Email address  **jluna@lathamluna.com**

**0037131 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **XRC, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): 

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ABC Supply c/o Robert Burguieres, Esq 1701 Dr. M.L. King Jr Sr N Saint Petersburg, FL 33704 | | | | | | $328,400.95 |
| Beacon 3400 Dundee Rd. Ste. 180 Northbrook, IL 60062 | | 2023 Ford F650 | | $152,634.31 | $0.00 | $152,634.31 |
| C&T Remodeling Construction Inc. 7410 Antieman Ct E Winter Park, FL 32792 | | Subcontractor | | | | $66,704.35 |
| Capital One PO Box 60520 City of Industry, CA 91716 | | Business Credit Card | | | | $150,000.00 |
| Capital One PO Box 60519 City of Industry, CA 91716 | | Business Credit Card | | | | $107,379.10 |
| Fora Financial 1385 Broadway 15th Floor New York, NY 10018 | | Buisness Loan | | | | $84,600.00 |
| Ford PO Box 650579 TX 75869 | | 2022 Ford F450 | | $77,691.92 | $0.00 | $77,691.92 |
| Ford PO Box 650578 TX 75868 | | 2022 Ford F350 | | $62,255.46 | $0.00 | $62,255.46 |
| Ford PO Box 650577 TX 75867 | | 2022 Ford F350 | | $59,888.33 | $0.00 | $59,888.33 |

Official form 204           Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims           page 1

Debtor **XRC, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **GM Financial**<br>PO Box 183593<br>Arlington, TX 76096 | | **2021 Chevrolet** | | $54,480.00 | $0.00 | $54,480.00 |
| **Headway Capital**<br>175 W. Jackson Blvd.<br>Chicago, IL 60604 | | **Business Loan** | | | | $88,853.01 |
| **Juego Services**<br>2739 US Highway 19N<br>Holiday, FL 34691 | | **Subcontractor** | | | | $62,590.00 |
| **Libertas**<br>1702 N Collons Blvd.<br>Suite 100<br>Richardson, TX 75080 | | **Business Loan** | | | | $535,937.00 |
| **Metal Maniacs**<br>c/o Samantha Encalado, Esq<br>3301 Bonita Beach Road<br>Suite 213<br>Bonita Springs, FL 34134 | | | | | | $57,569.04 |
| **Milton Truss Company Inc.**<br>5817 Commerce Rd.<br>Milton, FL 32583 | | **Subcontractor** | | | | $45,961.65 |
| **Nelson Gomez**<br>823 Morocco Ave.<br>Orlando, FL 32807 | | **Subcontractor** | | | | $88,847.00 |
| **Next Level Metals**<br>c/o Brett Williams, Esq<br>222 Pasadena Place<br>Orlando, FL 32803 | | | | | | $43,863.00 |
| **TBM Claims**<br>c/o RSG<br>1008 Maitland Way<br>Milford, DE 19963 | | | | | | $43,863.00 |
| **U.S. Small Business Admin.**<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | | **Personal Property** | | $1,500,000.00 | $0.00 | $1,500,000.00 |

Debtor **XRC, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Admin.**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | | **Personal Property** | | $481,136.52 | $0.00 | $481,136.52 |

# United States Bankruptcy Court
## Middle District of Florida

In re: **XRC, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mathew P. Appell<br>542 Hassocks Loop<br>Lake Mary, FL 32746 | | 70% | Managing Member |
| Patricia Appell<br>542 Hassocks Loop<br>Lake Mary, FL 32746 | | 30% | Managing Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 10-31-24

Signature: *[signed]* Mathew P. Appell

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re   XRC, LLC
                              Debtor(s)

Case No. _____
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   10-31-24

_____
Mathew P. Appell/Managing Member
Signer/Title

XRC, LLC
147 Parliment Loop
Suite 1001
Lake Mary, FL 32746

Ally Auto Finance
PO Box 38093
Minneapolis, MN 55440

Briggs Equipment
Lock Box 841272
Dallas, TX 75284-1272

Justin M. Luna
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Aluminum Force LLC
709 S Chicsaw Trail
Orlando, FL 32835

C&T Remodeling Construction Inc.
7410 Antieman Ct E
Winter Park, FL 32792

A1A Wholesale Supply
50 N Laura Street
Suite 1200
Jacksonville, FL 32203

American Express
PO Box 96001
Los Angeles, CA 90096

Capital One
PO Box 60519
City of Industry, CA 91716

AAG Roofing & Services
325 Wymore Rd.
Apt 202
Altamonte Springs, FL 32714

American Express
PO Box 96002
CA 90097

Capital One
PO Box 60520
City of Industry, CA 91716

ABC Supply
c/o Robert Burguieres, Esq
1701 Dr. M.L. King Jr Sr N
Saint Petersburg, FL 33704

Bank United
PO Box 108
Saint Louis, MO 63166

Central Florida Stucco & Masonry
9508 Tavistock Lakes Blvd.
Orlando, FL 32827

Ace Glass Services Inc.
131 N Cypress Way
Casselberry, FL 32707

Barbara Johnson
c/o The Orlando Law Group
12301 Lake Underhill Road
Suite 213
Orlando, FL 32828

Channel Partners
11100 Wayzata Blvd.
Sanford, FL 32771-9721

All Solar Energy
766 Big Tree Dr.
Unit 106
Longwood, FL 32750

Beacon
3400 Dundee Rd.
Ste. 180
Northbrook, IL 60062

Channel Partners Capital
11100 Wayzata Blvd.
Hopkins, MN 55305

Ally Auto Finance
PO Box 38091
Minneapolis, MN 55438

Bennett Plumbing Inc.
1845 Halifax Drive
Port Orange, FL 32128

Charter Communications
PO Box 1377
Cockeysville, MD 21030

Ally Auto Finance
PO Box 38092
Minneapolis, MN 55439

Boss Metals
c/o Zachary, Esq
1404 S Moody Avenue
Suite C
Tampa, FL 33629

Classic Screen Installations Inc
3314 E Ester St.
Orlando, FL 32806

| | | |
|---|---|---|
| Coastal Waste & Recycling<br>1151 15th Street<br>Panama City, FL 32405 | Elizabeth Caraballo<br>c/o Christopher Saba<br>1110 N Florida Avenue<br>Suite 300<br>Tampa, FL 33602 | First Commonwealth Equip Finance<br>920 Cassatt Road<br>Ste. 310<br>Berwyn, PA 19312 |
| Collins Waters Edge<br>c/o QPWB Attorneys<br>255 S Orange Avenue<br>Suite 900<br>Orlando, FL 32803 | Emanuel Construction & Services<br>5810 Willow Bud Ct.<br>Orlando, FL 32807 | Fora Financial<br>1385 Broadway<br>15th Floor<br>New York, NY 10018 |
| Comfort House Rentals<br>2450 Titan Row<br>Orlando, FL 32809 | Engineering Services Group LLC<br>PO Box 772<br>Mount Dora, FL 32756 | Ford<br>PO Box 650575<br>Woodlake, TX 75865 |
| Construction Dev. of Central FL<br>140 N Jungle Road<br>Geneva, FL 32732 | ENGS Commercial Finance Co.<br>PO Box 128<br>Itasca, IL 60143 | Ford<br>PO Box 650576<br>TX 75866 |
| Coppa Services USA LLC<br>2719 Granthan Ct.<br>Orlando, FL 32835 | Equipment Share<br>PO Box 650429<br>Dallas, TX 75265 | Ford<br>PO Box 650577<br>TX 75867 |
| Cornerstone Masonry of Brevard<br>986 Woodsmere Parkway<br>Rockledge, FL 32955 | Exact Plumbing Inc.<br>305 E 4th Street<br>Unit 101<br>Sanford, FL 32771 | Ford<br>PO Box 650578<br>TX 75868 |
| Dexair Services LLC<br>1913 Cricket Drive<br>Orlando, FL 32808 | Exceptional Drywall & Services<br>1080 Jack Calhoun Drive<br>Lot 159<br>Kissimmee, FL 34741 | Ford<br>PO Box 650579<br>TX 75869 |
| E Advance Services<br>c/o Steven Zakaryayev, PPLC<br>10 W 37th Street RM602<br>New York, NY 10018 | Expert General Construction<br>148 Treasure Palm Dr.<br>Panama City, FL 32408 | Foundation Group LLc<br>11501 Sunset Hills Rd<br>Reston, VA 20190 |
| E Advance Services<br>370 Lex Ave.<br>Suite 801<br>New York, NY 10017 | Farmer LLC vs XRC<br>c/o Victoria Zinn, Esq<br>PO Box 10016<br>Daytona Beach, FL 32120 | Fowler Home Solutions<br>898 Lormann Circle<br>Longwood, FL 32750 |

XRC, LLC - - Pg. 3 of 5

| | | |
|---|---|---|
| Garrett Fastening Systems Inc.<br>975 Explorer Cove<br>Suite 101<br>Altamonte Springs, FL 32701 | Hozio<br>1650 Sycamore Ave.<br>Bohemia, NY 11716 | Legendary Gutter Service LLC<br>167 Demarsh Ln<br>Defuniak Springs, FL 32433 |
| GGL Construction LLC<br>5922 Hobson Lane<br>Pensacola, FL 32526 | J&D Electrical Contractors LLC<br>1054 N Ronald Regan Blvd.<br>Longwood, FL 32750 | Libertas<br>1702 N Collons Blvd.<br>Suite 100<br>Richardson, TX 75080 |
| GL Roofing Inc.<br>Gonzales Roofing, Inc.<br>1341 Honey Rd.<br>Apopka, FL 32712 | J&J Best Finishes<br>3718 Spring Land Drive<br>Orlando, FL 32818 | Magic Broadcasting<br>7108 Laird Street, Ste 306<br>Panama City, FL 32408 |
| GM Financial<br>PO Box 183593<br>Arlington, TX 76096 | J&M Organization Group LLC<br>12919 Sunstone<br>Apt 8208<br>Orlando, FL 32832 | Magic Broadcasting<br>7108 Laird St.<br>Suite 306<br>Panama City, FL 32408 |
| GM Financial<br>PO Box 183593<br>Arlington, TX 76096 | Juego Services<br>2739 US Highway 19N<br>Holiday, FL 34691 | Marinelli General Services<br>Seamless Gutters<br>10725 Village Lake Rd.<br>Windermere, FL 34786 |
| Gordon & Thalwitzer PA<br>299 N Orlando Avenue<br>Cocoa Beach, FL 32931 | Kellys Central Florida<br>c/o Mitchel White, Esq<br>1702 N Collins Blvd., Ste 100<br>Richardson, TX 75080 | Mark Taylor<br>c/o Philip Karle, Esq<br>5 West Highbanks Road<br>Debary, FL 32713 |
| H&W Windows & Repair Service<br>3402 S Orange Ave.<br>Orlando, FL 32806 | Kip Coleman Architecture<br>6749 Tiffany Rose Place<br>Sanford, FL 32771 | Mathew P. Appell<br>542 Hassocks Loop<br>Lake Mary, FL 32746 |
| Headway Capital<br>175 W. Jackson Blvd.<br>Chicago, IL 60604 | Lapin Services<br>3031 40th Street<br>Orlando, FL 32839 | McCarthy Fabrication<br>c/o James Washburn<br>100 Legion Place, Suite 1700<br>Orlando, FL 32801 |
| Hills to Coast<br>201 Del Rio Dr.<br>Quincy, FL 32352 | Leading Rentals<br>6412 Summit Village Lane<br>Simi Valley, CA 93063 | MET Electrical Services Inc.<br>47 S Hollywood Ave.<br>Daytona Beach, FL 32118 |

Metal Maniacs
c/o Samantha Encalado, Esq
3301 Bonita Beach Road
Suite 213
Bonita Springs, FL 34134

Miguels Concrete LLC
5015 W Pokan Rd.
Zellwood, FL 32798

Milton Truss Company Inc.
5817 Commerce Rd.
Milton, FL 32583

Mobile Mini
2710 Michigan Ave.
Kissimmee, FL 34744

Mr. Gutter Seamless Gutters
742 Roasemere Circle
Orlando, FL 32835

Neil Thurston
c/o Steven Garthe, Esq
533 Halifax Avnue
Orlando, FL 32811-8000

Nelson Gomez
823 Morocco Ave.
Orlando, FL 32807

Next Level Metals
c/o Brett Williams, Esq
222 Pasadena Place
Orlando, FL 32803

Nissan Auto Finance
PO Box 660360
Dallas, TX 75266

Nissan Auto Finance
PO Box 660361
Dallas, TX 75267

Nissan Auto Finance
PO Box 660362
TX 75268

Nissan Auto Finance
PO Box 660363
TX 75269

Nissan Auto Finance
PO Box 660364
Dallas, TX 75270

Nissan Auto Finance
PO Box 660364
Dallas, TX 75270

O.G.M Construction LLC
2130 Deanna Dr.
Apopka, FL 32703

Open Arte Construction Inc.
1216 Cloverlawn Ave.
Orlando, FL 32806

Patricia Appell
542 Hassocks Loop
Lake Mary, FL 32746

Pep Boys
PO Box 288
Tonawanda, NY 14151-0288

Plumb Crazy of Florida LLC
9931 Old Lakeland Hwy
Dade City, FL 33525

Precise Screen LLC
440 Plumosa Ave.
Ste 1030
Casselberry, FL 32707

Quest Painting LLC
1814 Mulberrywood Ct.
Orlando, FL 32818

R.L. Plowfield & Associates Inc.
1073 Willa Springs Drive
Ste. 2061
Winter Springs, FL 32708

Reliance Air
470 Vista Lake Cir.
Ponte Vedra, FL 32081

Rigal Windows
413 Citadel Dr.
Altamonte Springs, FL 32714

River Wayne Services
1208 W 18th STreet
Lynn Haven, FL 32444

S&R Contractor, LLC
5439 Nichole Blvd.
Panama City, FL 32404

Salcedo Flooring LLC
15920 Green Cove Blvd.
Clermont, FL 34714

XRC, LLC - - Pg. 5 of 5

Sanford Airport
c/o Derrick Valkenburg, Esq
300 S Orange Avenue, Ste 1600
Orlando, FL 32801

The Drain Daddy of Orlando
971 N Goldenrod Rd.
Ste 136
Orlando, FL 32807

Universal Fidelity
PO Box 5444
Katy, TX 77491

Seluja
c/o Terence Keyes, PA
2320 Commodores Club Bld
Saint Augustine, FL 32080

Town & Country
1 ABC Parkway Suite 800
Lake Mary, FL 32746

Universal FIdelity
PO Box 5444
Katy, 05 77491

Seminole County Solid Waste
500 W Lake Mary Blvd.
Sanford, FL 32773

TriCounty Meals
C/o Alex Fres, Esq
4317 NE Thurston Way, Ste 270
Vancouver, WA 98662

WH Restorations LLC
1225 Logger Head Circle
Davenport, FL 33896

Silver Pines
c/o Solange Switzer, Esq
717 N Magnolia Avenue
Orlando, FL 32803

Trinity Electrical Contractors
3540 Merivale Dr.
Casselberry, FL 32707

South Fire Protection of Orlando
3801 E St. Rd 46
Sanford, FL 32771

Tropic Property Services
15475 Gerus Ave
Port Charlotte, FL 33953

SRS Distribution, Inc
c/o William McDaniel, Esq
1119 W Southern Avenue, Ste 200
Mesa, AZ 85210

U.S. Small Business Admin.
2 North Street
Suite 320
Birmingham, AL 35203

State Farm Insurance
c/o Wilbur
210 Landmark Drive
Normal, IL 61761

U.S. Small Business Admin.
2 North 20th Street
Suite 320
Birmingham, AL 35203

TBM Claims
c/o RSG
1008 Maitland Way
Milford, DE 19963

Unique Seamless Gutte4rs
3131 Colorado Ave.
Orlando, FL 32826

Texture By Blue Sky, Inc.
5300 Old Winter Garden Rd.
Orlando, FL 32811

United Painting
2820 Amber Ridge
Deltona, FL 32725

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **XRC, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 36,738.00 |
   | Prior to the filing of this statement I have received | $ 36,738.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ☒ Other (specify):   **The Appell Family Revocable Living Trust**

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/31/2024
Date

*/s/ Justin M. Luna*
Justin M. Luna 0037131
*Signature of Attorney*
**Latham Luna Eden & Beaudine LLP**
**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
**(407) 481-5800   Fax: (407) 481-5801**
**jluna@lathamluna.com**
*Name of law firm*